HARVEY HALCOTT, Appellant, v. WILLIAM W. SCHULTZ, Respondent.— Order of the County Court of Orange county, granting new trial unless plaintiff consent to reduce verdict, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

WILHELMINA C. HARNDEN, Respondent, v. HENRY L. HARNDEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EDWARD J. HAYDEN, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant, and Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

INWOOD FARMS, INC., Appellant, v. THADDEUS DAVIS and ANTONIO J. MERCURIO, Copartners, etc., and Others, Respondents.— Order vacating notice of examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to vacate denied, with ten dollars costs, upon the ground that the record shows that the examination is necessary and material. Young, Kapper and Lazansky, JJ., concur; Kelly, P. J., and Hagarty, J., dissent. Settle order on notice.

ARTHUR M. LEINBACH, Appellant, v. LEE BOUYEA, Respondent.— Order granting motion to dismiss amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

A. GEORGE LUTZ, Respondent, v. THE SEYMOUR PAPER COMPANY, Appellant.— Order denying motion to vacate attachment and to set aside order directing service of summons by publication, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

EMMA McDERMOTT, Respondent, v. VALLEY STREAM GARDENS, INC., Appellant, and Another, Defendant.— Order denying appellant's motion to dismiss complaint as against it, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MARY C. MEANY, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THOMAS H. MEANY, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DI DIOVANNI, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.